ROB BONTA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
PJ LUCCA
Deputy Attorney General
State Bar No. 243767
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9158
 Fax: (619) 645-2581
 E-mail: PJ.Lucca@doj.ca.gov
Attorneys for Defendant John Chau, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| EARL EUGENE HAYNES, | 3:19-cv-02257-JAH-KSC |
|---|---|
| Plaintiff, | **JOINT MOTION FOR DISMISSAL** |
| v. | Dept: 13B<br>Judge: Hon. John A. Houston<br>Filed: 11/25/2019 |
| DR. JOHN CHOW, PHYSICIAN & SURGEON; DR. D. ROBERTS, CHIEF MEDICAL EXECUTIVE; SGT. M. ARTEGA, CORRECTIONAL SERGEANT, | |
| Defendants | |

On November 2, 2021, the parties agreed to settle this case. Pursuant to Rule 41 of the Federal Rules of Civil Procedure and this Court's Order Confirming resolution of this case (ECF No. 36), Plaintiff, Earl Eugene Haynes hereby voluntarily dismisses, with prejudice, the entire action, with the parties to bear their own respective costs and fees.

Accordingly, the parties request that the Court enter the proposed Order dismissing this case with prejudice.

Dated: December 8, 2021

Respectfully Submitted,

ROB BONTA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General

*s/ PJ Lucca*
PJ LUCCA
Deputy Attorney General
*Attorneys for Defendant*
*John Chau, M.D.*

Dated: December 9, 2021

EARL EUGENE HAYNES, *PRO SE*

By: /s/ Earl Eugene Haynes,

SD2020700914/82734780.docx

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARL EUGENE HAYNES,** <br><br> Plaintiff, <br><br> v. <br><br> **DR. JOHN CHOW, PHYSICIAN & SURGEON; DR. D. ROBERTS, CHIEF MEDICAL EXECUTIVE; SGT. M. ARTEGA, CORRECTIONAL SERGEANT,** <br><br> Defendants | 3:19-cv-02257-JAH-KSC <br><br> **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Having considered the Parties' Joint Motion for Dismissal with Prejudice (the "Joint Motion"), the Court rules as follows:

The Joint Motion is **GRANTED**. The entire action is dismissed **with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATED:_____

_____
United States District Judge

# CERTIFICATE OF SERVICE

| Case Name: | **Earl Haynes v. Chau, et al.** | No. | **3:19-cv-02257-JAH-KSC** |
|---|---|---|---|

I hereby certify that on **December 24, 2021**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT MOTION FOR DISMISSAL; PROPOSED ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **December 24, 2021**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Earl Eugene Haynes, H-23481
Richard J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179
*Plaintiff in Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on **December 24, 2021**, at San Diego, California.

| A. Dotson | |
|---|---|
| Declarant | Signature |

SD2020700914
83189679.docx