UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL EUGENE HAYNES,<br><br>                                    Plaintiff,<br><br>    vs.<br><br>DR. JOHN CHOW, PHYSICIAN & SURGEON; DR. D. ROBERTS, CHIEF MEDICAL EXECUTIVE; SGT. M. ARTEGA, CORRECTIONAL SERGEANT,<br><br>                                    Defendants. | Case No.:  3:19-cv-02257-JAH-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>**(ECF No. 37)** |

    Pending before the Court is Plaintiff Earl Eugene Haynes and Defendants Dr. John Chow, Dr. D. Roberts, and Sgt. M. Artega's Joint Motion for Dismissal.  (ECF No. 37). Upon consideration of the motion, IT IS HEREBY ORDERED the motion is GRANTED. This action is **dismissed with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

    **IT IS SO ORDERED.**

Dates: December 28, 2021

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT COURT

1